# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand and thirteen.

Before:     Ralph K. Winter,
            *Circuit Judge*.
_____

The Republic of Iraq, including as Parens Patriae on behalf of the Citizens of the Republic of Iraq,

    Plaintiff - Appellant,

v.

Secalt S.A., *et al.*,

    Defendants - Appellees.
_____

**ORDER**
Docket No. 13-618

Appellees have submitted a scheduling notification proposing an extended deadline of September 10, 2013 for their brief.

The scheduling notification is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

