# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brant W. Bishop, P.C.
To Call Writer Directly:
(202) 879-5067
brant.bishop@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 29, 2014

**Via CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Republic of Iraq v. Secalt, S.A., et al., No. 13-618-cv*

Dear Ms. O'Hagan Wolfe:

    I write regarding the above-referenced matter, which is currently scheduled for oral argument on February 18, 2014, at 10:00 a.m. in Room 1703. The case involves 92 named Defendants-Appellees, of which I represent three: Siemens S.A.S. of France, Siemens Sanayi ve Ticaret A.Ş., and OSRAM Middle East FZE. I will argue on issues applicable to all Defendants-Appellees, though, as previously noted, counsel for other Defendants-Appellees may be in attendance in case issues specific to their respective clients arise. Although they do not plan to argue, approximately 50 representatives of Defendants-Appellees have indicated that they plan to attend the argument. By this letter, I request that argument be held in a courtroom that is large enough to accommodate all attendees.

    Respectfully,

/s/ Brant W. Bishop, P.C.

Brant W. Bishop, P.C.