# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

| To Call Writer Directly: | (212) 446-4800 | Facsimile: |
|---|---|---|
| (212) 446-4894 | | (212) 446-4900 |
| joseph.cali@kirkland.com | www.kirkland.com | |

February 18, 2014

**VIA HAND DELIVERY**

Thurgood Marshall United States Courthouse
United States Court of Appeals, Second Circuit
40 Foley Square
New York, New York 10007

Re:  *The Republic of Iraq v. ABB AG, Appeal No. 13-618*
     *Request for Recording of Oral Argument*

Dear Mr. Condi:

I write to request an electronic copy of the recording of the oral argument held on February 18, 2014, in regard to the the above-reference appeal. Enclosed is a check in the amount of $30.00 for advanced payment for this request.

Please contact at the above-reference telephone number when the aforementioned electronic copy of the February 18, 2014 argument is available and I will arrange for the retrieval of the copy on my behalf.

Thank you in advance for attention to this request.

Sincerely,

Joseph J. Cali
Managing Clerk

Enclosure